HERMAN C. BASKIN et al., as Executors, etc., Appellants, *v.* WASHINGTON D. HAYS, Respondent.

(Argued June 8, 1891; decided October 6, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order

made the first Tuesday of January, 1891, which affirmed a judgment in favor of defendants, entered upon the report of a referee.

*John Gillette* for appellant.

*M. A. Leary* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.